UNITED STATES DISTRICT COURT
Eastern District of Tennessee Chattanooga Division

Charles Van Morgan

Plaintiff

    v.                  1-23-cv-83TRM/CHS

Coty Wamp,
William Adams,
Scott Allen,
Mark Bender,
John Doe,
Tyroe Jacobs,
Morales,

Defendants

FILED
MAY 10 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

---

## MOTION TO DISMISS WITH PREJUDICE

Comes now Plaintiff Charles Van Morgan request this Federal Civil Rights law suit be dismissed against all parties with prejudice. Today May 8, 2023 in General Sessions Court The Chattanooga Tennessee District Attorney General Wamp has agreed dismissal of all Criminal Charges without restriction on June 26, 2023 therefore I do not wish to pursue this civil rights law suit. I further request this court to apply the American rule.

Respectfully Submitted,

*/s/ Charles Van Morgan*

Charles Van Morgan
3434 June Street Knoxville TN 37920
(865) 405-2841

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served a true and correct copy of the foregoing Pleading by depositing same in the United States mail, postage prepaid, and addressed to the Following:

Cody N. Brandon
Assistant Attorney General
Mailing Address:
P.O. Box 20207
Nashville, Tennessee 37202-0207

Attorney for Cody Wamp

PHILLIP A. NOBLETT
City Attorney
100 E. 11th Street, Suite 200
Chattanooga, TN 37402
Attorney for Defendants, Mark Bender and
Officer Morales

CHAMBLISS, BAHNER & STOPHEL, P.C.
Liberty Tower, Suite 1700
605 Chestnut Street
Chattanooga, TN 37450
Attorneys for Hamilton County Election
Commission, Scott Allen, Bill Adams, and Tyrone Jacobs

This 8th day of May, 2023.

By: *Charles Van Morgan*
Charles Van Morgan

2 of 2