UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHARLES VAN MORGAN, | ) |
|     *Plaintiff*, | ) Case No. 1:23-cv-83 ) ) Judge Travis R. McDonough |
| v. | ) ) Magistrate Judge Christopher H. Steger |
| SCOTT ALLEN, JOHN DOE, WILLIAM ADAMS, TYRONE JACOBS, MARK BENDER, MORALES, and COTY WAMP, | ) ) ) ) ) |
|     *Defendants*. | ) ) |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum and order, Defendant's motion for voluntary dismissal (Doc. 34) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to **LIFT THE STAY** on and **CLOSE** this case.

                                         /s/ *Travis R. McDonough*
                                         **TRAVIS R. MCDONOUGH**
                                         **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
 CLERK OF COURT